```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TODD KREISLER,                                              :
                                      Plaintiff,            :
                                                            :           18 Civ. 11048 (LGS)
              -against-                                     :
                                                            :           ORDER
156-03 NB REALTY, LLC et al.,                               :
                                      Defendants.           :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Amended Case Management Plan and Scheduling Order, issued on June 25, 2020, directs the parties to file a joint letter by July 16, 2020. ECF 33 ¶ 13(b);

WHEREAS, the parties have not timely filed a joint letter. It is hereby

**ORDERED** that parties shall file a joint letter that complies with the Amended Case Management Plan and Scheduling Order no later than July 22, 2020.

The parties are reminded to comply with Court Orders, including the case management plan. The parties are reminded that expert discovery ends on August 4, 2020, and that if no pre-motion letters are filed by August 6, 2020, the Court will set dates for a final pre-trial order, other pre-trial submissions, final pre-trial conference and trial. *See* ECF 33 ¶ 13(c)

Dated: July 20, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                        **UNITED STATES DISTRICT JUDGE**