UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
           :
TODD KREISLER,           :
           :
           Plaintiff,        :        18 Civ. 11048 (LGS)
           :
         -against-        :        ORDER
           :
156-03 NB REALTY, LLC, et al.,        :
           Defendants.  :
------------------------------------------------------------:
           X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order at Dkt. 39, the jury trial was scheduled to commence on December 1, 2020 at 9:45 A.M.;

      WHEREAS, by Standing Order dated April 20, 2020, 20-mc-197, the conduct of jury trials was suspended due to COVID-19.  It is hereby

      **ORDERED** that the parties are advised that jury trials will resume, and the jury trial in this action is in line to proceed the week of **November 30, 2020**.  The parties shall be ready to proceed on 24 hours' notice on or after **November 30, 2020, at 9:45 A.M**.  It is further

      **ORDERED** that, the final pre-trial conference will take place telephonically on **November 19, 2020, at 11:30 A.M.** on the following conference call line:  888-363-4749, access code: 558-3333.  The time of the conference is approximate, but the parties shall be ready to proceed by that time.

Dated: September 11, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**