UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TODD KREISLER,                                              :
                             Plaintiff,              :
                                           :          18 Civ. 11048 (LGS)
              -against-                            :
                                           :                 <u>ORDER</u>
156-03 NB REALTY, LLC, et al.,                              :
                             Defendants.             :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated August 14, 2020, the parties were ordered to file joint requests to charge, joint *voir dire*, joint verdict form, and any memoranda of law by October 27, 2020 (Dkt. No. 39), and the parties have not filed any materials;

      WHEREAS, by Order dated September 11, 2020, the parties were advised that the case is in line to be tried the week of November 30, 2020, and ordered to be ready to proceed to trial on 24 hours notice on or after that date, and to attend a final pretrial conference on November 19, 2020 (Dkt. No. 40);

      WHEREAS, compliance with court orders is not optional.  It is hereby

      **ORDERED** that, by **November 4, 2020,** the parties shall file their trial materials or shall advise the Court by joint letter that they have reached a settlement in principal.  Failure to comply with this Order will result in sanctions.

Dated: October 29, 2020
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**